IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE T. CLIFF, AIS 142970, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:22-cv-524-WHA-SMD ) (WO) |
| KAY IVEY, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On September 15, 2022, the Magistrate Judge filed a Recommendation (Doc. 3) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 3) is ADOPTED.

2. Any pending motions are DENIED.

3. This case is DISMISSED without prejudice for Plaintiff's failure to pay the full filing and administrative fees upon initiation of this case.

A final judgment will be entered separately.

DONE this 5th day of October, 2022.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE